IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE WASHINGTON, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | |
| SUPERINTENDENT TICE et al., *Respondents* | : : : | No. 18-5638 |

## ORDER

AND NOW, this 1st day of April, 2021, upon careful and independent consideration of *pro se* Petitioner Terrance Washington's Petition for Writ of Habeas Corpus (Doc. No. 1), Mr. Washington's Memorandum in Support (Doc. No. 5), Respondents' Response in Opposition (Doc. No. 14), Mr. Washington's Reply in Support (Doc. No. 21), Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 31), Mr. Washington's Objections to the Report and Recommendation (Doc. No. 35), Respondents' Reponses to Petitioner's Objections (Doc. No. 43), Mr. Washington's Reply (Doc. No. 43), and the state court record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED IN PART AND MODIFIED IN PART** only insofar as footnote 4 in the Report and Recommendation is not adopted.

2. The petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1